**Order filed October 6, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00630-CV

_____

**EMILY AND OLIVIA RICE, Appellants**

**V.**

**PEGGY EVELYN RICE, Appellee**

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0074518-A**

## O R D E R

The clerk's record was filed September 15, 2016. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal or certified bill of costs.

The Galveston County Clerk is directed to file a supplemental clerk's record on or before October 21, 2016, containing the notice of appeal and certified bill of costs.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM